# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|                              |   |                                          |
|------------------------------|---|------------------------------------------|
|              , Plaintiff(s)  |   | Case No. C                               |
| v.                           |   | NOTICE OF SETTLEMENT OF ADA ACCESS CASE  |
|              , Defendant(s)  |   | (ADA ACCESS CASES)                       |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within _____ days.

Date:

Signed: _____
         Attorney for Plaintiff(s)

Signed: _____
         Attorney for Defendant(s)

Signed: _____
         Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*