UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC APPAREL, INC., et al.,<br><br>Defendants. | Case No. 20-cv-04931-AGT<br><br>**CONDITIONAL DISMISSAL**<br><br>Re: ECF No. 8 |

The parties have notified the Court that they have reached a full settlement of this matter and that they expect to file a dismissal by September 21, 2020. ECF No. 8. Given that notification, the Court hereby conditionally dismisses the case without prejudice. If the parties notify the Court before September 21, 2020 that their settlement will not be finalized by that date, the Court will either amend this order or will vacate this order and schedule a case management conference. If the parties do not file such a notification by September 21, the action will be dismissed with prejudice. All currently set due dates in the case are vacated.

**IT IS SO ORDERED.**

Dated: August 27, 2020

ALEX G. TSE
United States Magistrate Judge